1  DONOVAN J. DUNNION
   Attorney At Law
2  State Bar No. 70713
   600 West Broadway, Suite 1550
3  San Diego, California 92101

4  (619)231-8688

5  Attorney for **Defendant**   JESUS MARTINEZ-MARTINEZ

FILED

2006 JAN -9 P 12: 46

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
          DEPUTY

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 03cr5178 AWI |
|                        Plaintiff,   ) | **SUBSTITUTION OF ATTORNEY** |
| v.                                   ) | |
| JESUS MARTINEZ-MARTINEZ              ) | |
|                        Defendant    ) | |

PLEASE TAKE NOTICE THAT defendant JESUS MARTINEZ-MARTINEZ hereby substitutes DONOVAN J. DUNNION as his counsel of record in place and instead of MELODY WALCOTT of Federal Defenders Inc. (559) 487-5561.

Dated: 1/9/06

_____
JESUS MARTINEZ-MARTINEZ

I CONSENT TO THE ABOVE SUBSTITUTION:
Dated: 1\9\06

_____
MELODY WALCOTT, ESQ.

SUBSTITUTION ACCEPTED:
Dated: 1/9/06

_____
DONOVAN J. DUNNION, ESQ.

**IT IS SO ORDERED:**
Dated: 1-5-06

_____
HON. ANTHONY W. ISHII
U.S. DISTRICT COURT JUDGE